UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HOWARD BLOOMGARDEN,**<br><br>Plaintiff,<br><br>v.<br><br>**U.S. DEPARTMENT OF JUSTICE,**<br><br>**Defendant.** | Civil Action No. 12-0843 (ESH) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion [ECF No. 134], it is hereby

**ORDERED** that plaintiff's motion for summary judgment [ECF No. 132] is **DENIED**. It is further

**ORDERED** that defendant's cross-motion for summary judgment [ECF No. 129] is **GRANTED**. It is further

**ORDERED** that the Clerk shall file the Court's Opinion under seal and place a redacted version on the public docket.

The above-captioned case is hereby **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

/s/ *Ellen Segal Huvelle*
ELLEN SEGAL HUVELLE
United States District Judge

Date: July 19, 2016